## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Lisa Ann Smith, Debtor            Case No. 24-01485-KMS

                                                                                          CHAPTER 13

### NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: October 22, 2025          Signature: /s/ Thomas C. Rollins, Jr.
                                                      Thomas C. Rollins, Jr. (MSBN 103469)
                                                      Jennifer Ann Curry Calvillo (MSBN 104367)
                                                      The Rollins Law Firm, PLLC
                                                      P.O Box 13767
                                                      Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Lisa Ann Smith, Debtor                              Case No. 24-01485-KMS
                                                                              CHAPTER 13

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in November 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

       I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on October 22, 2025, to:

By Electronic CM/ECF Notice:

       Chapter 13 Case Trustee

       U.S. Trustee

                                /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-01485-KMS |
|---|---|
| LISA ANN SMITH | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 10/22/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>LISA ANN SMITH | CASE NO: 24-01485-KMS<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 10/22/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/22/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-01485-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED OCT 22 8-33-10 PST 2025 | COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXAT<br>PO BOX 2156<br>RICHMOND  VA 23218-2156 | FIRST STATE BANK<br>CO BYRD  WISER<br>PO BOX 1939<br>BILOXI  MS 39533-1939 |
| FLOWERING PEACH BK LLC<br>PO BOX 1149<br>GRAPEVINE  TX 76099-1149 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | 1ST FRANKLIN FINANCIAL<br>ATTN BANKRUPTCY<br>4820 POPLAR SPRINGS DR<br>STE C<br>MERIDIAN  MS 39305-2678 |
| 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA GA 30577-0880 | ADVANCE FINANCE<br>PO BOX 12129<br>JACKSON  MS 39236-2129 | CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO  IL 60604-2863 |
| CASHNETUSA<br>175 W JACKSON BLVD<br>SUITE 600<br>CHICAGO  IL 60604-2948 | CITI CARDBEST BUY<br>PO BOX 790040<br>ST LOUIS  MO 63179-0040 | COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXAT<br>DEPARTMENT OF TAXATION<br>PO BOX 2156<br>RICHMOND  VA 23218-2156 |
| CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 | CRYSTAL SMITH<br>3217 GRANDVIEW AVE<br>MERIDIAN  MS 39305-4775 | FIRST STATE BANK<br>ATTN  BANKRUPTCY DEPT<br>PO BOX 506<br>WAYNESBORO  MS 39367-0506 |
| ~~EXCLUDE~~<br>~~(D)FLOWERING PEACH BK LLC~~<br>~~PO BOX 1149~~<br>~~GRAPEVINE  TX 76099-1149~~ | FST STATE BK<br>POB 506<br>WAYNESBORO  MS 39367-0506 | GENESIS FS<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 |
| GORDON G ARMSTRONG<br>PO BOX 1464<br>MOBILE  AL 36633-1464 | GOT GREEN 123<br>6360 NW 5TH WAY<br>STE 200<br>FORT LAUDERDALE  FL 33309-6136 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 | MARIAH D NIXON<br>3217 GRANDVIEW AVE<br>MERIDIAN  MS 39305-4775 | MERCURYFBT<br>ATTN BANKRUPTCY<br>PO BOX 84064<br>COLUMBUS  GA 31908-4064 |
| (P)NATIONAL CREDIT AUDIT CORPORATION<br>12770 COIT RD STE 1000<br>P O BOX 515489<br>DALLAS TX 75251-5489 | NCB MANAGEMENT SERVICES  INC<br>ONE ALLIED DRIVE<br>TREVOSE  PA 19053-6945 | NAVIENT<br>ATTN  BANKRUPTCY<br>PO BOX 9500<br>WILKES BARRE  PA 18773-9500 |

| | | |
|---|---|---|
| PLUS FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 9203<br>OLD BETHPAGE NY 11804-9003 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CONCORA CREDIT INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | REGIONAL ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | ROBERT ALAN BYRD ESQ<br>BYRD WISER<br>FOR FIRST STATE BANK<br>PO BOX 1939<br>BILOXI MS 39533-1939 | RUSH HEALTH SYSTEMS<br>PO BOX 23337<br>JACKSON MS 39225-3337 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | VIRGINIA TAX<br>PO BOX 1115<br>RICHMOND VA 23218-1115 | ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ |
| DEBTOR<br><br>LISA ANN SMITH<br>3217 GRANDVIEW AVE<br>MERIDIAN MS 39305-4775 | ~~EXCLUDE~~<br><br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | |