_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:    Lisa Ann Smith, Debtor**                    **Case No. 24-01485-KMS**
**CHAPTER 13**

### <u>ORDER REDUCING NOTICE TIME ON DEBTOR'S MOTION</u>

**THIS CAUSE,** having come on this date on the Motion to Reduce Notice Time (DK #59), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

**IT IS THEREFORE ORDERED** that the Debtor's Motion to Reduce Time is hereby granted. The notice period on the Debtor's Motion to Incur New Debt (Dk #58) is shortened to a seven-day (7-day) wait period. All other provisions of the Federal Rules of Bankruptcy Procedure and Local Rules not inconsistent with this Order shall remain in full force and effect.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR