UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
LISA ANN SMITH

CASE NO: 24-01485-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 8/14/2026, I did cause a copy of the following documents, described below,

Notice, Motion to Incur New Debt, Order Reducing Notice Time

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/14/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LISA ANN SMITH

CASE NO: 24-01485-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 8/14/2026, a copy of the following documents, described below,

Notice, Motion to Incur New Debt, Order Reducing Notice Time

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/14/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-01485-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
FRI AUG 14 12-16-17 PST 2026

COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXAT
PO BOX 2156
RICHMOND VA 23218-2156

FIRST STATE BANK
CO BYRD WISER
PO BOX 1939
BILOXI MS 39533-1939

FLOWERING PEACH BK LLC
PO BOX 1149
GRAPEVINE TX 76099-1149

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

1ST FRANKLIN FINANCIAL
ATTN BANKRUPTCY
4820 POPLAR SPRINGS DR
STE C
MERIDIAN MS 39305-2678

1ST FRANKLIN FINANCIAL CORPORATION
ATTN ADMINISTRATIVE SERVICES
PO BOX 880
TOCCOA GA 30577-0880

ADVANCE FINANCE
PO BOX 12129
JACKSON MS 39236-2129

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO IL 60604-2863

CASHNETUSA
175 W JACKSON BLVD
SUITE 600
CHICAGO IL 60604-2948

CITI CARDBEST BUY
PO BOX 790040
ST LOUIS MO 63179-0040

COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXAT
DEPARTMENT OF TAXATION
PO BOX 2156
RICHMOND VA 23218-2156

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

CRYSTAL SMITH
3217 GRANDVIEW AVE
MERIDIAN MS 39305-4775

FIRST STATE BANK
ATTN BANKRUPTCY DEPT
PO BOX 506
WAYNESBORO MS 39367-0506

~~EXCLUDE~~
~~(D)FLOWERING PEACH BK LLC~~
~~PO BOX 1149~~
~~GRAPEVINE TX 76099-1149~~

FST STATE BK
POB 506
WAYNESBORO MS 39367-0506

GENESIS FS
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON OR 97076-4401

GORDON G ARMSTRONG
PO BOX 1464
MOBILE AL 36633-1464

GOT GREEN 123
6360 NW 5TH WAY
STE 200
FORT LAUDERDALE FL 33309-6136

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MARIAH D NIXON
3217 GRANDVIEW AVE
MERIDIAN MS 39305-4775

MERCURYFBT
ATTN BANKRUPTCY
PO BOX 84064
COLUMBUS GA 31908-4064

(P)NATIONAL CREDIT AUDIT CORPORATION
12770 COIT RD STE 1000
P O BOX 515489
DALLAS TX 75251-5489

NCB MANAGEMENT SERVICES INC
ONE ALLIED DRIVE
TREVOSE PA 19053-6945

NAVIENT
ATTN BANKRUPTCY
PO BOX 9500
WILKES BARRE PA 18773-9500

PLUS FINANCE
ATTN BANKRUPTCY
PO BOX 9203
OLD BETHPAGE NY 11804-9003

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND WA 98083-0788

REGIONAL ACCEPTANCE CORPORATION
ATTN BANKRUPTCY
PO BOX 1847
WILSON NC 27894-1847

RESURGENT RECEIVABLES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

ROBERT ALAN BYRD ESQ
BYRD WISER
FOR FIRST STATE BANK
PO BOX 1939
BILOXI MS 39533-1939

RUSH HEALTH SYSTEMS
PO BOX 23337
JACKSON MS 39225-3337

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

VIRGINIA TAX
PO BOX 1115
RICHMOND VA 23218-1115

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

DEBTOR

LISA ANN SMITH
3217 GRANDVIEW AVE
MERIDIAN MS 39305-4775

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Lisa Ann Smith, Debtor** **Case No. 24-01485-KMS**
**CHAPTER 13**

**ORDER REDUCING NOTICE TIME ON DEBTOR'S MOTION**

**THIS CAUSE,** having come on this date on the Motion to Reduce Notice Time (DK #59), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

**IT IS THEREFORE ORDERED** that the Debtor's Motion to Reduce Time is hereby granted. The notice period on the Debtor's Motion to Incur New Debt (Dk #58) is shortened to a seven-day (7-day) wait period. All other provisions of the Federal Rules of Bankruptcy Procedure and Local Rules not inconsistent with this Order shall remain in full force and effect.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Lisa Ann Smith, Debtor** **Case No. 24-01485-KMS**
**CHAPTER 13**

**NOTICE**

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before seven (7) days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: August 14, 2026

Signature: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Lisa Ann Smith, Debtor** **Case No. 24-01485-KMS**
**CHAPTER 13**

**MOTION TO INCUR NEW DEBT**

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 06/27/2024.
2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. The roof on Debtor's home is in need of immediate repair.
4. Debtor wishes to borrow up to Thirteen Thousand Eight Hundred Dollars ($13,800.00) for the repair of her roof, with an interest rate not to exceed 9.00% and a monthly payment of $286.47 for a term of 60 months. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.