**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Lisa Ann Smith, Debtor** **Case No. 24-01485-KMS**
**CHAPTER 13**

# MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 06/27/2024.
2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. The roof on Debtor's home is in need of immediate repair.
4. An Order Authorizing Debtor to Incur Debt for roof repair was entered on August 25, 2026 (Dk #64). The bank financing the loan required a licensed contractor be retained before disbursing funds. Upon inspection, the licensed contractor determined that the cost of the necessary roof repairs would increase to Twenty-Two Thousand Dollars ($22,000.00).
5. Debtor wishes to borrow up to Twenty-Two Thousand Dollars ($22,000.00) for the repair of her roof, with an interest rate not to exceed 9.00% and a monthly payment of $456.68 for a term of 60 months.
6. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.