**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Lisa Ann Smith, Debtor** **Case No. 24-01485-KMS**
**CHAPTER 13**

# MOTION TO REDUCE NOTICE TIME

COME NOW, Debtor, by and through counsel, and moves this Court to reduce the notice time on the Debtor's Motion to Incur New Debt (Dk #66), and in support thereof, would show the Court as follows:

1. Debtor commenced this case on June 27, 2024, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. The roof on Debtor's home is in need of immediate repair.
3. Debtor respectfully requests that the notice period for the Motion to Incur New Debt be shortened to seven (7) days so that Debtor may promptly obtain the necessary repairs to the roof of her home.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order reducing the notice period on the Motion to Incur New Debt to seven (7) days, and for such other and further relief as may be just and proper.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

# CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Reduce Notice Time was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.