**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Lisa Ann Smith, Debtor** **Case No. 24-01485-KMS**
**CHAPTER 13**

## ORDER REDUCING NOTICE TIME ON DEBTOR'S MOTION

**THIS CAUSE,** having come on this date on the Motion to Reduce Notice Time (DK #67), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

**IT IS THEREFORE ORDERED** that the Debtor's Motion to Reduce Time is hereby granted. The notice period on the Debtor's Motion to Incur New Debt (Dk #66) is shortened to a seven-day (7-day) wait period. All other provisions of the Federal Rules of Bankruptcy Procedure and Local Rules not inconsistent with this Order shall remain in full force and effect.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR